Gentreal S. BETHEA, Respondent v. PEDRO LAND, INC., and John Charles Brown, Petitioners.

(353 S. E. (2d) 456)

Supreme Court

*John C. Lindsay*, Bennettsville, *Henry Hammer*, Columbia, *for petitioners.*

*E. N. Zeigler*, Florence, *for respondent.*

March 4, 1987.

## ORDER

It appearing that the differences between the parties have been settled and the attorneys for the respective parties have consented hereto

IT IS ORDERED that the appeal in the above case to this Court on a writ of certiorari be and the same is hereby dismissed, with each party bearing its own costs.